IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK SHARPS, M.D.** <br> 930 Montgomery Avenue, Apt. 106 <br> Byrn Mawr, PA 19010-3037 <br><br>      **Plaintiff,** <br><br>  v. <br><br> **FRANCIS J. HARVEY,** <br> Secretary of the Army <br> Department of the Army <br> The Pentagon <br> Washington, D.C. 20330 <br><br>      **Defendant.** <br><br> **Serve:** <br><br> **The Attorney General of the United States** <br> **U.S. Department of Justice** <br> **950 Pennsylvania Avenue, N.W.** <br> **Washington, D.C. 20530-0001** <br><br> **Civil Process Clerk** <br> **United States Attorney's Office** <br> **555 4th Street, N.W.** <br> **Washington, D.C. 20530** <br><br> **The Honorable Francis J. Harvey** <br> **Secretary of the Army** <br> **Department of the Army** <br> **The Pentagon** <br> **Washington, D.C. 20330** | Civil Action No. 07-0036(RMC) |

## NOTICE OF APPEARANCE

  The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special

Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

        Respectfully submitted,

        _____/s/_____
        STEVEN M. RANIERI
        Special Assistant U.S. Attorney
        555 Fourth St., N.W.
        Room E4408
        Washington, D.C.  20530
        (202) 393-9895