IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SHARPS, M.D. )<br>)<br>)<br>   Plaintiff,   )<br>)<br>v.   )<br>)<br>THE HONORABLE PETE GEREN )<br>Acting Secretary of the Army   )<br>)<br>   Defendant.   )<br>) | Civil Action No. 1:07-cv-00036 (RMC) |

**PLAINTIFF'S (CONSENTED) MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the plaintiff, Frank Sharps, M.D. (now deceased) by counsel and with the consent of the defendant, and moves the Court for an extension of time until April 13, 2007 to file an opposition to Defendant's Motion for Summary Judgment. In support thereof plaintiff states:

1. Plaintiff Frank Sharps filed this action on January 8, 2007 seeking judicial review of an action by the Army Board for the Correction of Military Records refusing to correct his World War II Army service record. Plaintiff was then 93 years old.

2. Defendant filed its Motion for Summary Judgment on March 19, 2007

3. Plaintiff Frank Sharps, MD, died on March 21, 2007.

4 Pursuant to LCvR 7, plaintiff's opposition was due on April 2, 2007.

5. After plaintiff's death, counsel for the plaintiff refrained from further work on the matter pending the family's arrangements for the burial of their father and their determination of whether to continue to pursue this action. After some deliberation, plaintiff's son has decided to

193898.1

pursue this action on his father's behalf and will move the Court pursuant to Rule 25(a)(1) for an order substituting him as party on or before the date provided by the Court for plaintiff's submission of opposition papers.

6. Counsel for plaintiff has conferred with Doris Coles-Huff, Esq., counsel for the defendant, who has indicated that the Defendant does not oppose this motion.

7. A draft order is attached hereto.

WHEREFORE, plaintiff respectively moves the Court for an order allowing plaintiff to file an opposition to Defendant's Motion for Summary Judgment on or before April 13, 2007.

> Respectfully submitted,
> By Counsel
>
>
> /Charles M. Allen/

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:    (804)346-0600
Facsimile:    (804) 346-5954

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SHARPS, M.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00036 (RMC) |
| | ) |
| THE HONORABLE PETE GEREN | ) |
| Acting Secretary of the Army | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

This matter comes before the Court on Plaintiff's (Consented) Motion for Extension of Time to File An Opposition to Defendant's Motion for Summary Judgment. Upon consideration of the facts presented, it is this _____ day of _____, 2007 hereby

**ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff is granted an extension until April 13, 2007 to file an Opposition to Defendant's Motion for Summary Judgment.

**SO ORDERED**.

_____
Rosemary M. Collyer
United States District Judge