IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SHARPS, M.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN )<br>Acting Secretary of the Army )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-00036 (RMC) |

**CONSENTED MOTION FOR SUBSTITUTION OF A PARTY PLAINTIFF**

COMES NOW the plaintiff, Frank Sharps, M.D. (now deceased) by counsel and with the consent of the defendant, and moves the Court pursuant to Fed. R. Civ. P. 25 (a) (1) to substitute Lewis Sharps, M.D., Personal Representative of Estate of Frank Sharps, M.D. as the proper party plaintiff in this case. In support thereof, plaintiff submits the Declaration of Lewis Sharps and further states:

1.      Plaintiff Frank Sharps, M.D. filed this action on January 8, 2007 seeking judicial review of an action by the Army Board for the Correction of Military Records ("ABCMR") refusing to correct his World War II Army service record. Plaintiff was then 92 years old.

2.      Plaintiff Frank Sharps, M.D., died on March 21, 2007.

3.      Lewis Sharps, M.D. is the son of Frank Sharps, M.D. and a personal representative of the estate of Frank Sharps, M.D.

4      Pursuant to Army Regulation 15-185, ¶ 2-3, "An applicant with a proper interest may request correction of another person's military records when that person is . . . . deceased." Accordingly, review and correction by the ABCMR may be made of a deceased military

veteran's records and this judicial review of the ABCMR decision survives the death of Frank Sharps, M.D.

5.      Where a party dies during the pendency of an action, but the action survives the death, Rule 25 (a)(1), Federal Rules of Civil Procedure permits the substitution of a proper party for the deceased.

6.      Counsel for the plaintiff conferred with counsel for the defendant, Steven M. Ranieri, regarding this motion and the defendant consents to it.

WHEREFORE, plaintiff respectively moves the Court for an order substituting "Lewis Sharps, M.D. Personal Representative of the Estate of Frank Sharps, M.D." for the former plaintiff "Frank Sharps, M.D."

>                               Respectfully submitted,
>                               By Counsel
>
>
>                               /Charles M. Allen/

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:     (804)346-0600
Facsimile:     (804) 346-5954

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SHARPS, M.D. )<br>)<br>)<br>              Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN )<br>Acting Secretary of the Army )<br>)<br>              Defendant. )<br>) | Civil Action No. 1:07-cv-00036 (RMC) |

## **DECLARATION**

I, LEWIS SHARPS, M.D., under penalty of perjury, declare as follows:

1. I, Lewis Sharps, M.D. am the son of plaintiff Frank Sharps, M.D.

2. My father, plaintiff Frank Sharps, MD, died on March 21, 2007 at the age of 92 years.

3. I am aware of actions my father instituted at the Army Board for Correction of Military Records attempting to correct military records related to his Army service in World War II. I am also aware that Army Regulation ("AR") 15-185, ¶ 2-3 provides that a successor with an interest in the correction of the military record of a deceased person may apply for such a correction. I have an interest in the correction of my father's military record and, under the AR 15-185, could have instituted the same actions.

4. I desire to pursue this civil action for review of the ABCMR decisions refusing to correct my father's military record on behalf of my father's estate and consent to an Order upon a motion pursuant to Rule 25(a)(1) substituting "Lewis Sharps, M.D., personal representative of the Estate of Frank Sharps, M.D." as the plaintiff in this case.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Lewis Sharps, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SHARPS, M.D.<br><br>          Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN<br>Acting Secretary of the Army<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-00036 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on Plaintiff's Consented Motion for the Substitution of Lewis Sharps, M.D., Personal Representative of the Estate of Frank Sharps, M.D. for the former and now deceased plaintiff Frank Sharps, M.D. Upon consideration of the facts presented, it is this _____ day of _____, 2007 hereby

**ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

**ORDERED** that the caption of this matter is amended to read "LEWIS SHARPS, M.D., Personal Representative of the ESTATE OF FRANK SHARPS, M.D., Plaintiff v. THE HONORABLE PETE GEREN, Acting Secretary of the Army, Defendant.
**SO ORDERED**.

                                                                                                _____
                                                                                                Rosemary M. Collyer
                                                                                                United States District Judge