UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEWIS SHARPS, M.D. <br> Personal Representative of the Estate of <br> Frank Sharps, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE PETE GREEN <br> Acting Secretary of the Army, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 07-36 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and simultaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 7) is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 4) is **GRANTED** and judgment is entered in favor of Defendant. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: June 7, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge